AH

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

In the name of... The United States of America, The United States of America peoples, The United States of America presidents for a child unable to read, write and communicate named mr. Jason Wayne Williieux, plaintiff.

)
) Case No. 1:19-cv-01516
) (to be filled in by the Clerk's Office)
)
)
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: (check one) [X] Yes [ ] No

-v-

The United States of America mint.

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: mr. Jason Wayne Willieux
Street Address: 9155 Richmond Hwy
City and County: Fort Belvior
State and Zip Code: VA 22060
Telephone Number: 202-749-2495
E-mail Address: Jwillieux1@ave.edu

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (*if known*). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name: *The United States of America must served by the U.S. Marshals*
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 2
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

<u>Pro Se 1 (Rev. 12/16) Complaint for a Civil Case</u>

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question       ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

My name is Mr. Jason Wayne Vaillieux. I own the current. I own the Impeachment you see and seen on T.V. In my civil court I have ownerships into the Laws the United States of America, The people of the United States of America known A (SS) Social Security, Into the United States of America Bullion Depository, The United States of America Federal Reserve System And The United States of America Department of the Treasury, And a mass roug Group of people killed the ingravior of the United States of America Department of the Treasury.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Trial

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: December 4th 2019

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Mr. Jason Wayne Davilleur

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

My name is Mr. Jason Wayne Naillieux and I own a civil court, one civil court where Fort Knox is with in my civil court and the United States of America Bullion Depository attached to the Federal Reserve System and the United States of America Department of the Treasury.

So… Two separate militants of two [to three] separate courts on the same court with two [to three] separate army attorneys go to court in two separate groups at two separate courts to execute a trader cop legally with full court And truth of court and facts within my civil court. A group ( the group of criminals that have no rights to talk about my court or my business and cooperation's ) kill one of the army attorneys. one of the two to three groups of army attorneys.

So… there is about a total of six army attorneys appearing in a total of two courts talking about the same civil action.

This group kills one of the army attorneys in the two [to three] groups then after killing the army attorney they go to court and they say 'this is how strong the law is' to the court judges and justices in many different courts, this is how they word things as with yourself hiring judge and justices, 'this is how strong the law is' and they then go on to tell the judges and justices that 'this is why you should agree with me' and so because they killed the army attorney they say that if the judge and justice is behind them they then - the judge and justice are also strong.

Well the group kills the army attorney, a criminal cop is in court calling out shots about the United States of America remedy as it is a token of crime and a payment to hold up court and prevent the law from protecting the people.

The two groups of army attorneys goal is to give me my remedy being business', cooperation's and money as with money such things, known as financials. From the acts of cleaning the System and Systems of the United States of America and so keeping a non-criminal System.

The format of the army attorneys and two [to three] army groups are of the format of a platoon to not be prevented.

So… the group kills one of them and the other groups of army attorneys are off in court discussing away and under the common sense of court they the two [to three] groups of army attorneys minus the one army attorney killed well in court, well court was going on and on the way to court expect to be before the Plaintiff to graph (a diagram showing the relation between variable quantities, typically of two variables, each measured along one of a pair of axes at right angles) in, as in the conversation of business' and cooperation's documented on the United States of America army presidents form of court and remedy.

These two [to three] groups of army personal with access to all identity documents of the United States of America expect to fully and completely bring their courts to 'ends closings' ( two ends of a rope attaching to itself. ) and for the court not just to be closed but to be in the minus in a format to be in account of saving. Witch is with me having my property's and remedy's. with or with a court or its body's alive.

The Natural Gard has been called three to four time with approves to open fire on the community as with the United States of America militants to open fire on the cops and courts and its employees witch is you judge and justices.

But instead of the courts trying to aid the court process and save life's they try to profit off of the loss of the United States of America army attorney someone's son, father, husband, employee etc. and then blame the community for a public hearing witch is illegal and ill for the aid to the United States of America, the people of the United States of America and the laws of the United States of America.

In the United States of America, the people of the United States of America do not pay taxes.

Taxes was created in the 1861 adopted by congress to buy guns for the militants of the United States of America creating the ownership of the United States of America militants, Army, Navy, Marines, guardsmen in all there titles and the Air Force to the people not a Government or a congress.

Within my ownerships of the United States of America civil court the judges and justices murder mass people by criminal deployments of the United States of America militants.

The people of the land mass the United States of America caught the United States of America court judges and justices committing crime and brought to the rulers of my United States of America court that the United States of America militants are to act to accomplish the death of a group of United States of America court judges and justices. The people appeared in court explaining to the United States of America civil court that the judges and justices of the United States of America are to be executed for crimes against myself a fetus abused and a child victim of infanticide.

The laws of the United States of America say that all people are consisted equal and innocent tell proven guilty and so the people proceed as such with a court hearing, little did the people know at the time that the, they; the people where in court, that the United States of America court judges and justices where using communicating well the people where coming before the courts plotting to not give the people such a perpetuity as that of the laws of the United States of America say being that all people are consisted equal and innocent tell proven guilty, the people where them sent the United States of America militants to execute the people in public by Guardsmen firing squads, the same people that brought to the courts that the United States of America court judges and justices are committing crime.

Well the people where in court talking to the my United States of America civil court judges and justices a set of United States of America court judges and justices where holding court against the people and plotting to have the people murder.

The people now holding the Transcripts with the isbn number of all courts in the United States of America and all court recording and the court hearing where the United States of America court judges and justices say and I quoit they say "if the people decided not to call forth the United States of America militants to kill us 'the United States of America court judges and justices'

then we will send the United States of America militants to kill the people without court." The book keeping number of the courts of the United States of America is record in long formant showing 20 to 59 numbers roughly explaining the day and time and the state and states as with the court and also the court room of the full and complete talking of the United States of America court judges and justices' the number is normally printed on the top of the paper in long format so the holder does not need to reference state and all court in and of the states just the quoit and the court the quoit came from and all other parties talking self-referenced by number of that day.

I alone own the impeachment and a impeachment is a court action not a relegation actions nor a kingdom action, the history of the "bipartisan" is that there was a kingdom where a person in the kingdom calmed that the rulers of the court murder mass people in the fields "the kings people and true and rightful people" and killed the mass people in the fields on the authority's of the King and the court but calmed that the mass death was by the person and the person court authority's of the king in court and the person in court had proof of the people not of the rightful people of the king but of the court of the king himself, The king ruled that such was true and all such thing should be recorded. The bipartisan king and rulers have died within my life span and there death was not of there life span, so to murder such equal and innocent tell proven guilty people publicly and hold a mockery on there deaths and the United States of America militants feeling is a crime.

# The United States of America
# District court.

If you are fractioned and factored as having denied court because of a right to sue, the United States of America Government witch are the forces of the countries protection and there offices have given me the right to sue and so by your reasoning's of denial you forfeit your rights to arrange agents the United States of America Government witch are the forces of the countries protection.

In my rights to sue by the United States of America Government witch are the forces of the countries protection the United States of America Government Human Rights department have went to court to aid the United States of America Government in executing a police officer who committed act of traitor and used all the words the United States of America is allowed to use to explain that killing a person is not a Human Rights volition and this is a notice and warring to not use such crimes of confusions.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____ DIVISION

*In The Name of The United States of America, The United States of America People, The United States of America Presidents for a child unable to read, write and communicate Named Mr. Jason Wayne Maillieux*

_____
                Plaintiff(s),

v.                                                  Civil Action Number: 1:19cv1516

*The United States of America MINT*
_____
                Defendant(s).

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of _____.
                                                                                                    (Title of Document)

_____
Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)

OR

The following attorney(s) prepared or assisted me in preparation of *Civil Court Documents.*
                                                                                                    (Title of Document)

*Unknown*
(Name of Attorney)

*Unknown*
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

*Mr. Jason Wayne Maillieux*
(Name of ~~Pro Se~~ Party (Print or Type)

*[signature]*
Signature of ~~Pro Se~~ Party

Executed on: *December 4th 2019* (Date)